UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-22490-CIV-JORDAN

| | |
|---|---|
| DONALD A. WILLIAMS, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| WALTER A. MCNEIL, | ) ) |
| Defendant | ) ) |
| _____ | ) |

**ORDER DENYING HABEAS CORPUS PETITION AND CLOSING CASE**

Upon a de novo review of the record, I adopt the report and recommendation issued by Magistrate Judge [D.E. 24], to which no objections have been filed. Accordingly, Mr. Williams' habeas corpus petition is denied.

This case is closed.

DONE and ORDERED in chambers in Miami, Florida, this 26th day of August, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record

Donald Williams, pro se, DC #426274/I-2214
Florida State Prison
7819 N.W. 228th Street
Raiford, FL 32026